UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GLENN MICHAEL DESDUNES                       CIVIL ACTION

VERSUS                                        NO: 10-3210

MARLIN GUSMAN, ORLEANS PARISH                 SECTION: R(3)
CRIMINAL SHERIFF OFFICE/OPP


### ORDER

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendation (R. Doc. 4), hereby approves the Report and adopts it as its opinion.

Accordingly,

IT IS ORDERED that plaintiff's suit is DISMISSED WITH PREJUDICE as frivolous and for otherwise failing to state a claim on which relief may be granted.


New Orleans, Louisiana, this  21st  day of October, 2010.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE